UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.   1:02 CR 022 |
| | : |                     1:04 CV 689 |
| | : | |
| vs. | : | **MOTION FOR SUBSTITUTION** |
| | : | **OF COUNSEL FOR THE UNITED** |
| | : | **STATES OF AMERICA** |
| SAMUEL A. ASHLEY, JR. | : | |

-----------------------------------------------------------------

    James M. Coombe, Assistant U.S. Attorney, Southern District of Ohio, hereby gives notice to the Court and to Defendant, Samuel A. Ashley, Jr., that he is now counsel of record and the Court should remove W. Gary Claytor as counsel of record, and requests that service of all papers filed in this action be made upon him at the following address:

    James M. Coombe, Assistant U.S. Attorney, Atrium Two, Suite 400, 221 East Fourth Street, Cincinnati, Ohio 45202.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    *s/James M. Coombe*
    JAMES M. COOMBE (0025538)
    Assistant United States Attorney
    221 East Fourth Street, Suite 400
    Cincinnati, Ohio 45202
    (513) 684-3711

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing *Motion for Substitution of Counsel for the United States of America* was served this 4th day of November, 2004, by regular U.S. Mail, upon Mr. Samuel A. Ashley, Jr., #40656061, Federal Correctional Institution, P.O. Box 6001, Ashland, Kentucky 41105.

    *s/James M. Coombe*
    JAMES M. COOMBE (0025538)