IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:02-CR-22 |
| vs. | ) |
| | ) |
| Samuel A. Ashley, Jr., | ) |
| | ) |
| Defendant. | ) |

Show Cause Order

On November 22, 2004, Defendant Ashley filed a motion for discovery in this matter. To date, Plaintiff has not filed a memorandum in opposition to Defendant's motion, and the time allotted by Southern District of Ohio Local Rule 7.2 for the filing of such a memorandum has expired. Accordingly, the Court hereby **ORDERS** Plaintiff to **SHOW CAUSE**, on or before January 18, 2005, for the denial of Defendant's motion. In the event that Plaintiff fails to timely respond to this Show Cause Order, the Court will consider Defendant's motion as unopposed. In the event that Plaintiff timely responds, Defendant may file a reply memorandum on or before January 31, 2005.

**IT IS SO ORDERED.**

/s/
Sandra S. Beckwith, Chief Judge
United States District Court