UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff,   )<br>)<br>V.                       )<br>)<br>SAMUEL A. ASHLEY JR.   )<br>)<br>       Defendant.    ) | Crim. No. 1-02-CR-022<br>Case No. 1-04-CV-689<br><br>Chief U.S. District<br>Judge Beckwith |

MOTION TO OBTAIN ANOTHER COURT ORDER
ORDERING THE GOVERNMENT TO TURN OVER
ALL PERSONAL PROPERTY OF THE DEFENDANT

---

Now comes the defendant, Sam Ashley, pro se, who respectfully requests that this Honorable Court again order that the F.B.I. return all personal property of the defendant that the agents seized from his home, person, and place of business.

The defendant filed a motion in April of 2003, (Motion titled Return of property), In this motion the defendant requested that all of the personal property that had been seized be returned to him at once.

In June of 2003, the Honorable Judge D'Lott, issued an order directing the F.B.I. to turn over this property. See, Docket number 79, to his counsel of record at that time which was Kevin Schad.

It was not until May of 2004, that the defendant found out that the court had ordered the return of the property. The defendant on May 17, 2004, asked for an order enforcing the earlier court order, See, Docket no. 89, and also the defendant requested that the F.B.I. submit a list of every single item that is in their

(2)

possession, docket No. 87.

Instead of complying with the court order, they decided to file a motion to protest the year old court order. They claim that somehow the defendant was trying to get back some false I.D., they then tried to explain to the court that all they got from the defendant was what he had on him when he was arrested in San Diego Ca on February 7, 2002.

This simply is not correct. Federal Agents searched the defendant's home without a search warrant, and removed quite a few items of the defendant's and his wife's. Those items include, books, manuscripts, wedding video, and countless other personal items of the defendant's. The government sent a copy of the defendant's snake skin wallet with their motion to change the order.

Enough is enough, the F.B.I. should be ordered to immediately turn over not only the complete list of all of the items that they took, but to turn over every single item that they took.

Certainly, the defendant does not want back any false I.D., or marijuana pipes, or any other illegal items that they may have found, however, the defendant is entitled to his wallet, his wedding video, and a complete list of everything that they took.

The defendant requests that this court ORDER the F.B.I. to turn over all of the requested items and a complete list of everything that they took.

RESPECTFULLY SUBMITTED

*[signature]*

CERTIFICATION

I do hereby certify that a copy of this motion has been sent to Asst. US Attorney at 221 East Fourth St. Suite 400 Cincinnati Oh, 45202 by Inmate Legal Mail at Ashland F.C.I. on this 20th day of Jan 2005

*[signature]*