FILED
JAMES BONINI
CLERK

05 SEP -1 PM 3:07

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:02-CR-22 |
| | ) | |
| | ) | Case No. 1:04-CV-689 |
| V. | ) | |
| | ) | |
| | ) | Judge Beckwith |
| | ) | |
| SAMUEL A. ASHLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Samuel A. Ashley Jr, pro se, does hereby appeal to the United States Court of Appeals for the Sixth Circuit, from the order that this Honorable Court issued on August 24, 2005, denying the defendant's motion for discovery.

**RESPECTFULLY SUBMITTED**

Samuel A. Ashley #40656-061
Federal Prison Camp
P.O. Box 6000
Ashland KY. 41105

**(2)**

**CERTIFICATION**

I do hereby certify that a copy of this motion has been sent
VIA Inmate Legal Mail at FPC Ashland KY, to the Asst. US Attorney
at 221 East Fourth St. Suite 400 Cincinnati OH 45202 on this
_____29th_____ day of ___Aug___ 2005.