RECEIVED

SEP 1 9 2005

LEONARD GREEN, Clerk

JAMES BONINI
CLERK

05 SEP 21 AM 11: 49

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )    Case No. 1:02-CR-22
                                )
                                )         1:04-CV-689
V.                              )
                                )
                                )
                                )
SAMUEL A ASHLEY JR.             )
                                )
              Defendant.        )
                                )
_____)

## MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the defendant, Samuel A. Ashley Jr., pro se, who respect-
fully requests that this Honorable Court grant this motion for
the defendant to proceed without prepayment of costs or filing
fees.

This request is to be able to appeal the decision that this
Honorable Court made and denied the defendant's motion for
discovery.

This motion is accompanied by a memorandum and affidavit/ de-
claration.

For all of the reasons stated above and in the memorandum in
support of, the defendant respectfully requests that this Honorable
Court grant this motion.

                    RESPECTFULLY SUBMITTED

                    Sam Ashley Jr.
                    Sam Ashley Jr. #40656-061
                    Federal Prison Camp
                    P.O. Box 6000
                    Ashland KY 41105-6000

Case No. 1:02-CR-22
1:04-CV-689        (2)

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, Samuel A. Ashley Jr. , am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $9.00 | $ 0 | $ 5.28 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $5.00 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ $5.28 | $ 0 | $ 5.25 | $ 0 |

**(3)**

2. List your employment history for the past two years, most recent first.   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Prison Job | FPC Ashland | | $5.25 (five dollars twenty five cents |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| 0 | 0 | 0 | $ 0 |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 0
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| 0 | | $ | $ |
| | | $ | $ |
| | | $ | $ |

5. List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.

☐ Home   n/a                              ☐ Other real estate
   Value _____                     Value _____


☐ Motor Vehicle #1                         ☐ Motor Vehicle #2
   Year, make & model _____            Year, make & model _____
   Value _____                     Value _____


☐ Other assets
   Description  none _____
   Value _____

**(4)**

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | $ 0 | $ 0 |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Keely Chantel Dunham | daughter | 9 |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family.   Show separately the amounts paid by your spouse.   Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $0 | $ 0 |
| Are real estate taxes included?   ☐ Yes  ☐ No | | |
| Is property insurance included?   ☐ Yes  ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $0 | $ 0 |
| Home maintenance (repairs and upkeep) | $0 | $ 0 |
| Food | $ 8.00 | $ 0 |
| Clothing | $ 2.00 | $ 0 |
| Laundry and dry-cleaning | $ 1.00 | $ 0 |
| Medical and dental expenses | $0 | $ 0 |

**(5)**

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |

Insurance (not deducted from wages or included in mortgage payments)

| | | |
|---|---|---|
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Other: _____ 0 | $ 0 | $ 0 |

Taxes (not deducted from wages or included in mortgage payments)

| | | |
|---|---|---|
| (specify): _____ 0 | $ 0 | $ 0 |

Installment payments

| | | |
|---|---|---|
| Motor Vehicle | $ 0 | $ 0 |
| Credit card(s) | $ 0 | $ 0 |
| Department store(s) | $ 0 | $ 0 |
| Other: _____ 0 | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): Personal Hygiene | $ 3.00 | $ 0 |
| **Total monthly expenses:** | $ 14.00 | $ 0 |

**(6)**

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

      ☐ Yes   ☒ No      If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?    ☐ Yes   ☒ No

    If yes, how much? _____ .

    If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

      ☐ Yes   ☒ No

    If yes, how much? _____

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

```
I earn $5.25 per month working in the prison. I have to buy my
own stamps, toothpaste, soap,floss, and now the BOP wants me to
pay $2.00 every time I have to go to medical. I have no money.
This government took every single thing I had, now they want more?
Plus I have to pay $25 per quater on my $43,000.I can't pay a dime.
```

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___9 – 15_____ , 2005

                                            _Sam Ashby_
                                            (Signature)

Date: 09/13/2005
Time: 9:31:35 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ASH

**General Information**

| | | | |
|---|---|---|---|
| Inmate Reg#: | 40656061 | Living Quarters: | B01-010L |
| Inmate Name: | ASHLEY, SAMUEL ALVIN JR | Arrived From: | OKL |
| Current Site Name: | Ashland FCI | Transferred To: | |
| Housing Unit: | BLUE | Account Creation Date: | 12/9/2003 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ASH | 03/05/2005 12:54:56 PM | ITS0305 | | | ITS Withdrawal | ($4.00) | | $5.83 |
| ASH | 03/06/2005 02:24:41 PM | ITS0306 | | | ITS Withdrawal | ($5.00) | | $0.83 |
| ASH | 03/07/2005 09:27:56 AM | 53V0055 | | | Payroll - IPP | $5.25 | | $6.08 |
| ASH | 03/09/2005 07:06:07 PM | 33311205 | | | Western Union | $140.00 | | $146.08 |
| ASH | 03/10/2005 09:39:43 PM | ITS0310 | | | ITS Withdrawal | ($7.00) | | $139.08 |
| ASH | 03/11/2005 04:03:27 PM | 33311405 | | | Western Union | $140.00 | | $279.08 |
| ASH | 03/11/2005 04:50:44 PM | 12 | | | Sales | ($137.70) | | $141.38 |
| ASH | 03/13/2005 07:05:30 PM | ITS0313 | | | ITS Withdrawal | ($6.00) | | $135.38 |
| ASH | 03/18/2005 06:22:31 PM | 59 | | | Sales | ($68.00) | | $67.38 |
| ASH | 03/20/2005 02:35:36 PM | ITS0320 | | | ITS Withdrawal | ($4.00) | | $63.38 |
| ASH | 03/21/2005 08:19:42 PM | ITS0321 | | | ITS Withdrawal | ($6.00) | | $57.38 |
| ASH | 03/25/2005 06:03:43 PM | 42 | | | Sales | ($45.70) | | $11.68 |
| ASH | 03/27/2005 01:11:15 PM | ITS0327 | | | ITS Withdrawal | ($3.00) | | $8.68 |
| ASH | 03/30/2005 09:49:48 PM | ITS0330 | | | ITS Withdrawal | ($5.00) | | $3.68 |
| ASH | 04/03/2005 04:48:06 PM | ITS0403 | | | ITS Withdrawal | ($3.00) | | $0.68 |
| ASH | 04/07/2005 09:48:20 AM | 53V0064 | | | Payroll - IPP | $16.80 | | $17.48 |
| ASH | 04/08/2005 06:44:39 PM | ITS0408 | | | ITS Withdrawal | ($3.00) | | $14.48 |
| ASH | 04/10/2005 11:36:26 AM | ITS0410 | | | ITS Withdrawal | ($5.00) | | $9.48 |
| ASH | 04/11/2005 07:08:17 PM | ITS0411 | | | ITS Withdrawal | ($6.00) | | $3.48 |
| ASH | 04/17/2005 08:46:20 PM | ITS0417 | | | ITS Withdrawal | ($3.00) | | $0.48 |
| ASH | 05/03/2005 05:23:32 AM | 70131801 | | | Lockbox - CD | $20.00 | | $20.48 |
| ASH | 05/03/2005 05:00:21 PM | ITS0503 | | | ITS Withdrawal | ($4.00) | | $16.48 |
| ASH | 05/03/2005 06:49:04 PM | ITS0503 | | | ITS Withdrawal | ($6.00) | | $10.48 |
| ASH | 05/05/2005 02:17:18 PM | 5IPP0405 | | | Payroll - IPP | $16.80 | | $27.28 |
| ASH | 05/05/2005 07:43:15 PM | ITS0508 | | | ITS Withdrawal | ($7.00) | | $20.28 |
| ASH | 05/10/2005 04:54:21 PM | ITS0510 | | | ITS Withdrawal | ($8.00) | | $12.28 |
| ASH | 05/12/2005 07:39:22 PM | ITS0512 | | | ITS Withdrawal | ($6.00) | | $6.28 |
| ASH | 05/13/2005 05:39:51 PM | ITS0513 | | | ITS Withdrawal | ($6.00) | | $0.28 |
| ASH | 06/07/2005 08:47:18 AM | 5IPP0505 | | | Payroll - IPP | $16.80 | | $17.08 |
| ASH | 06/07/2005 04:47:39 PM | ITS0607 | | | ITS Withdrawal | ($7.00) | | $10.08 |

Date: 09/13/2005
Time: 9:31:35 am

Facility: ASH

## Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
### Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 40656061 | Living Quarters: | B01-010L |
| Inmate Name: | ASHLEY, SAMUEL ALVIN JR | Arrived From: | OKL |
| Current Site Name: | Ashland FCI | Transferred To: | |
| Housing Unit: | BLUE | Account Creation Date: | 12/9/2003 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ASH | 06/11/2005 12:13:03 PM | ITS0611 | | | ITS Withdrawal | ($4.00) | | $6.08 |
| ASH | 06/12/2005 06:19:17 PM | ITS0612 | | | ITS Withdrawal | ($6.00) | | $0.08 |
| ASH | 07/08/2005 08:39:33 AM | 5IPP0605 | | | Payroll - IPP | $16.80 | | $16.88 |
| ASH | 07/08/2005 05:37:13 PM | ITS0708 | | | ITS Withdrawal | ($6.00) | | $10.88 |
| ASH | 07/09/2005 05:54:00 PM | ITS0709 | | | ITS Withdrawal | ($7.00) | | $3.88 |
| ASH | 07/16/2005 01:44:41 PM | ITS0716 | | | ITS Withdrawal | ($3.00) | | $0.88 |
| ASH | 08/05/2005 08:21:57 AM | 5IPP0705 | | | Payroll - IPP | $5.25 | | $6.13 |
| ASH | 08/05/2005 05:47:48 PM | 5IPP0705 | | | Payroll - IPP | $6.00 | | $6.13 |
| ASH | 08/06/2005 05:17:40 AM | ITS0805 | | | ITS Withdrawal | ($6.00) | | $0.13 |
| ASH | 08/06/2005 05:17:40 AM | 70138501 | | | Lockbox - CD | $20.00 | | $20.13 |
| ASH | 08/08/2005 04:58:00 PM | ITS0808 | | | ITS Withdrawal | ($8.00) | | $12.13 |
| ASH | 08/09/2005 05:53:21 PM | ITS0809 | | | ITS Withdrawal | ($4.00) | | $8.13 |
| ASH | 08/09/2005 09:04:15 PM | ITS0809 | | | ITS Withdrawal | ($4.00) | | $4.13 |
| ASH | 08/12/2005 05:24:48 PM | ITS0812 | | | ITS Withdrawal | ($4.00) | | $0.13 |
| ASH | 09/08/2005 08:14:55 AM | 5IPP0805 | | | Payroll - IPP | $5.25 | | $5.38 |
| ASH | 09/08/2005 04:42:18 PM | ITS0908 | | | ITS Withdrawal | ($5.00) | | $0.38 |
| ASH | **Total Transactions:** | **96** | | | **Totals:** | **$0.21** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ASH | $0.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.38 |
| **Totals:** | **$0.38** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.38** |