UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RECEIVED SEP 1 9 2005 LEONARD GREEN, Clerk

JAMES BONINI CLERK
05 SEP 21 AM 11:49

UNITED STATES OF AMERICA,         )
                                  )
         Plaintiff,               )   Case No. 1:02-CR-22
                                  )
v.                                )   1:04-CV-689
                                  )
                                  )   Granted
                                  )   [signature] 9/22/05
SAMUEL A ASHLEY JR.               )
                                  )
         Defendant.               )
                                  )
_____)

### MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the defendant, Samuel A. Ashley Jr., pro se, who respectfully requests that this Honorable Court grant this motion for the defendant to proceed without prepayment of costs or filing fees.

This request is to be able to appeal the decision that this Honorable Court made and denied the defendant's motion for discovery.

This motion is accompanied by a memorandum and affidavit/declaration.

For all of the reasons stated above and in the memorandum in support of, the defendant respectfully requests that this Honorable Court grant this motion.

                    RESPECTFULLY SUBMITTED

                    [signature]
                    Sam Ashley Jr. #40656-061
                    Federal Prison Camp
                    P.O. Box 6000
                    Ashland KY 41105-6000