UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:04-CV-689 |
| | : | Criminal No. 1:02-CR-022 |
| Plaintiff, | : | |
| v. | : | Chief U.S. District Judge Beckwith |
| SAMUEL A. ASHLEY, JR. | : | |
| Defendant. | : | |

## ORDER

Defendant has filed a Motion to Obtain Another Court Order Ordering the Government to Turn Over All Personal Property of the Defendant (Doc. No. 117). The government has responded, United States' Response to Defendant's Motion Concerning Personal Property (Doc. No. 120) and Defendant has filed Defendant's Reply to the Government's Response to Motion Concerning Personal Property (Doc. No. 123) (all pleading titles are verbatim). The government concedes that it has disregarded Judge Dlott's Order dated June 20, 2003, (Doc. No. 79) granting Defendant's motion for return of his property (Doc. No. 66) and posits no new or persuasive reason to excuse its failure to comply with that Order.

Therefore, the Court **ORDERS** the government to surrender Defendant's personal property as described in Judge Dlott's prior Order to Defendant's designee by February 1, 2006, or show cause why it should not be held in contempt of that Order.

DATE: 1/04/06                           s/ Sandra S. Beckwith
                                        Sandra S. Beckwith, Chief Judge
                                        United States District Court