UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

06 JAN 25 PM 4: 19

| | |
|---|---|
| **SAMUEL A. ASHLEY, JR.,**<br><br>  Petitioner,<br><br>V.<br><br>**UNITED STATES OF AMERICA,**<br><br>  Respondent. | )<br>)<br>) Case No. 1:04-CV-689<br>)<br>) Criminal No. 1:02-CR-22<br>)<br>) Chief U.S. District Judge Beckwith<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Now comes the petitioner, Samuel A Ashley Jr., pro se, who respectfully appeals the District Court's denial of the motion under **Title 28 U.S.C. §2255** to vacate, set aside or correct a sentence, in a 40 page memorandum and order dated January 9, 2006.

RESPECTFULLY SUBMITTED

*[signature]*
Samuel A Ashley Jr. #40656-061
Federal Prison Camp
P.O. Box 6000
Ashland KY 41105-6000

**CERTIFICATION**

I do hereby certify that a copy of this notice has been sent to Asst. U.S. Attorney Gary Claytor at 221 E. Fourth St. Suite 400 Cincinnati OH 45202 on this 20th day of January 2006.

*[signature]*