AFFIDAVIT

I, MICHAEL E. LOGAN, being duly sworn, depose and say:

1.    I am employed as a Special Agent (SA) for the Federal Bureau
of Investigation (FBI), and have been so employed for the past twenty
(20) years.  I am presently assigned to a financial crimes squad at the
Cincinnati Field Office, Cincinnati, Ohio that investigates violations
of Federal law including, among other things, Wire Fraud, Mail Fraud,
and Bank Fraud.

2.    In March, 1999, the FBI in Cincinnati, Ohio opened an
investigation into the Ohio Community Emergency Food Center which later
became known as the Emergency Food Center (EFC).  The Internal Revenue
Service-Criminal Investigation and the United States Postal Inspection
Service later joined the investigation.  The investigation was
initiated based on allegations of fraud in that donations of cash were
being deposited into bank accounts held by the food center.  It was
later determined that the donations of money were being used as
personal expenses for the directors of the EFC, Tina Swain and Steve
Adkins (this individual used the alias of Steve Adkins but his true
name was later learned to be Samuel Ashley).

3.  In 2001, Tina Swain and her sister, Susan Swain, brought approximately 10 boxes of records for the EFC to the Federal Grand Jury in Cincinnati, Ohio.  These records were brought to the United States District Courthouse on 9/19/01.  Attachment A is an inventory of the contents of each box, as provided by Ashley to the Federal Grand Jury.  Included in the attachment are photographs showing the condition of the records as they were turned over by Ashley.

4.  Thereafter, Ashley and Swain left the Cincinnati, Ohio area and went "on the run".  On 9/26/01, a complaint and arrest warrant signed by United States Magistrate Judge Timothy S. Hogan were filed in the Southern District of Ohio which charged Ashley with the false use of a Social Security Number.

5.  A review of the other evidence gathered in the investigation shows the FBI currently has custody of documents and records which were obtained by a consent search of the former residence of Ashley and Swain at 3359 Old State Road, Mt. Orab, Ohio.  The consent search was conducted with the permission of and in the presence of Susan Swain, sister of Tina Swain.  The records were obtained on 11/15/01, after Tina Swain and Ashley had fled the area.  Records obtained from the residence include EFC applications, employee records, letters, bank

documents, personal bills, receipts, computer disks, video tapes, EFC baseball caps, a Rolodex, and lottery tickets.

6. During conversations with Susan Swain, it was learned she had been instructed to destroy any records of the EFC as she cleaned out the house.  She had attempted to burn some of the records as she removed the contents of the house.  On 11/16/01, Susan Swain turned over two firearms, a shotgun and a rifle, which were the property of Tina Swain and Ashley.  She also provided a box of miscellaneous records which she had removed from the house.

Subscribed and sworn to this 31th day of January, 2006.

Michael E. Logan
Special Agent
Federal Bureau of Investigation

Michelle Kamphaus
Notary Public State of Ohio
My commission Expires 3/18/06