Attachment A

Box 1  Photographs 1 thru 5

Deposit Slip Receipts
Food Applications
Bill of Ladings
Checks
Cash Receipts
Invoices
Cash Flow Statements

Box 2  Photographs 6 thru 8

Deposit Slip Receipts
Food Applications
Bill of Ladings
Checks
Cash Receipts
Invoices
Cash Flow Statements

Box 3  Photographs 9 thru 10

Deposit Slip Receipts
Food Applications
Bill of Ladings
Checks
Cash Receipts
Invoices
Cash Flow Statements

Box 4  Photographs 11 thru 13

Deposit Slip Receipts
Food Applications
Bill of Ladings
Checks
Cash Receipts
Invoices
Cash Flow Statements

Box 5  Photographs 14 thru 18

Deposit Slip Receipts
Food Applications
Bill of Ladings
Checks
Cash Receipts
Invoices
Cash Flow Statements

Box 6  Photographs 19 thru 21

Deposit Slip Receipts
Checks
Invoices
Employee Time Sheets

Box 7  Photographs 22 thru 25

Deposit Slip Receipts
Food Applications
Bill of Ladings
Checks
Cash Receipts
Invoices
Cash Flow Statements

Box 8  Photographs 26 thru 30

Deposit Slip Receipts
Food Applications
Bill of Ladings
Checks
Cash Receipts
Invoices
Cash Flow Statements

Box 9  Photographs 31 thru 35

Deposit Slip Receipts
Food Applications
Bill of Ladings
Checks
Cash Receipts
Invoices
Cash Flow Statements

Box 10  Photographs 36 thru 41

Deposit Slip Receipts
Food Applications
Checks
Invoices