IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | Case No. CR-1-02-022 |
| vs. | : | |
| | : | Senior Judge Beckwith |
| SAMUEL A. ASHLEY, JR. | : | |

NOTICE OF MANUAL FILING

James M. Coombe, Assistant United States Attorney, hereby gives notice to the Court that they have manually filed attachments to *United States' Response to Defendant's Motion Demanding a Complete Inventory and Response to Ashley's "Motion for Contempt"* (Document No. 140), which consist of attachments to the Affidavit of Special Agent Mike Logan.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

*s/James M. Coombe*
JAMES M. COOMBE (0025538)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6972
James.Coombe @usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the United States' Response and the above-mentioned attachments were served on the 7th day of February, 2005, via U.S. Mail upon Mr. Samuel A. Ashley, #40656-061, Federal Correctional Institution, P.O. Box 6001, Ashland, Kentucky 41105.

*s/James M. Coombe*
JAMES M. COOMBE (0025538)
Assistant United States Attorney