FILED
JAMES BONINI
CLERK

06 MAR 20 PM 1:28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMUEL A ASHLEY JR.<br><br>　　　　Defendant. | Case No. 1:04 CV-689<br>Criminal No. 1:02-CR-22<br><br>Chief Judge Beckwith |

## ADDRESS CHANGE NOTIFICATION

Now comes the defendant, Sam Ashley, pro se, who respectfully notifies this Honorable Court that he is being transferred to another Prison Camp. For the time being the defendant requests that his address change to reflect his new temporary address:

Sam Ashley C/O Liz Dunham
4215 Chambers St.
Cincinnati OH 45223

Once the defendant gets to his new Camp, he will notify the court at that time.

RESPECTFULLY SUBMITTED

*S An*

Sam Ashley C/O Liz Dunham
4215 Chambers St.
Cincinnati OH 45223

## CERTIFICATION

I do hereby certify that a copy of this address change has been sent to James Coombe, Asst. U.S. Attorney at 221 E Fourth St. Room 400, Cincinnati Oh 45202 on this 13th day of March 2006.

