UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 MAY 17 PM 4:52

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:04-CV-689
    Criminal No. 1:02-CR-22

SAMUEL A. ASHLEY JR.,

    Defendant.

## CHANGE OF ADDRESS NOTICE

Now comes the defendant, Sam Ashley, pro se, who respectfully submits his new mailing and contact address.

    Sam Ashley #40656-061
    Federal Prison Camp Schuykill
    Camp 1
    P.O. Box 670
    Minersville, PA 17954

A copy of this address change has been sent to the Asst. U.S. attorney at 221 E. Fourth St. Suite 400, Cincinnati OH 45202, on this 13th day of May 2006.

RESPECTFULLY SUBMITTED

*Sam Ashley*