UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

06 MAY 22 AM 11:53

SAMUEL A. ASHLEY JR,,  )
    Petitioner,  )
                   ) Case No. 1:02-CR-22
V.                    )         1:04-cv-689
                   )
UNITED STATES OF AMERICA,  )
    Respondent.  )

## COPIES OF MOTIONS AND OTHER PLEADINGS

    Now comes the Petitioner, Sam Ashley, pro se, in Forma pauperis, who respectfully requests that this Honorable Court order that the clerk of Court make available to the plaintiff every motion, pleading, order, and the complete transcripts of all proceedings in the above case numbers, and a copy of the entire docket of both case numbers.

    As this court is aware, the petitioner is attempting to file an appeal based upon the COA that this Court issued. In order to prove all of his claims, the plaintiff needs a copy of everything listed above.

RESPECTFULLY SUBMITTED

*[signature]*

(2)

Sam Ashley #40656-061
Federal Prison Camp
P.O.Box 670
Minersville PA 17954

### CERTIFICATION

I do hereby certify that a copy of this motion has been sent to the Asst. U.S. Attorney at 221 E. Fourth St. Suite 400, Cincinnati OH 45202, on this 17th day of May 2006.

