UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SAMUEL A. ASHLEY, JR., | : | Case No. 1:04-CV-689 |
| Petitioner | : | Criminal No. 1:02-CR-022 |
| vs. | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**ORDER**

      The Court is in receipt of Petitioner Samuel Ashley's motion for "Copies of Motions and Other Pleadings" (Doc. 149). The Court notes that there are approximately 170 docket entries in this case, and some of them are voluminous. His frequent filings in this Court also appear to be based upon a thorough familiarity with the full range of pleadings in this matter.

      Due to the voluminous nature of the pleadings in this matter, and Petitioner's failure to demonstrate any specific need for any specific document or documents, the Court DENIES Petitioner's request.

      The Court does, however, direct the Clerk to provide Petitioner with copies of the docket sheets under each of the above referenced case numbers. If Petitioner can demonstrate a specific need for a specific docket entry or a document that is

listed on those docket sheets, this Court will reconsider this ruling.

    IT IS SO ORDERED.

DATED: June 9, 2006                    s/Sandra S. Beckwith
                                       Sandra S. Beckwith, Chief Judge
                                          United States District Court