## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.  1: 04 CV 689 |
| | : | Criminal No.  1: 02-CR-22 |
| **Plaintiff,** | : | |
| | : | **Chief Judge Beckwith** |
| **v.** | : | |
| | : | **NOTICE OF RETURN OF** |
| **SAMUEL A. ASHLEY, JR.,** | : | **PROPERTY** |
| | : | |
| **Defendant.** | : | |

Comes now the United States of America, and hereby gives notice that it has returned certain items of property seized from the Defendant, Samuel A. Ashley, Jr.

On April 24, 2006, this Honorable Court issued an Order denying certain Motions of the Defendant. This Order (R. 147: Order) also suggested that the "Government return items that are the property of Defendant Ashley". The United States has followed this suggestion of the Court and has returned said items as set forth in the brief report from Special Agent Michael Logan of the FBI.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

*s/James M. Coombe*
JAMES M. COOMBE (0025538)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6972

<u>CERTIFICATE OF SERVICES</u>

I hereby certify that a copy of the foregoing *Notice of Return of Property* was served this 2nd day of August, 2006 via U.S. Mail upon Mr. Samuel A. Ashley, #40656-061, Federal Prison Camp, Schuykill Camp, P.O. Box 670, Minersville, PA 17954.

*s/James M. Coombe*
JAMES M. COOMBE (0025538)
Assistant United States Attorney