FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription   07/18/2006

    On June 23, 2006, fifteen (15) boxes of records were returned to Tammy Dunham-Turner (Hodge), 4215 Chambers Street, Apartment 2, Cincinnati, Ohio. The boxes contained records and other items which were taken during the investigation of Samuel Ashley. A receipt of property (FD-597) was signed by Dunham-Turner who was listed by Ashley as his designee in a Federal court filing in the Southern District of Ohio.

    Prior to the release of the boxes of records, digital photographs were taken of the contents of the boxes by Special Agent John Voorhees, IRS-CI. The photographs were placed on a CD-ROM which is available for review if needed.

Investigation on   06/23/06   at   Cincinnati, Ohio

File #   196D-CI-69344                          Date dictated   07/18/06

by   SA Michael E. Logan MEL/mel

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;