United States District Court
Southern District of Ohio
Western Division

United States of America,
          Plaintiff,

1:02cr22
SSB

v.

Samuel A Ashley Jr.
          Defendant

## Motion For Return of Grand Jury Documents.

Now comes the Defendant, Sam Ashley, pro-se, who Respectfully Requests that the government be compelled to Return all financial documents that the Defendant Provided to a Federal Grand Jury.

In order for the Defendant to prove the loss amount he needs these Documents. The government witheld these Documents from the Defendant.

The government even took Pictures of the Documents in a motion they filed. These Documents will prove beyond a shadow of a Doubt of the actual loss amount. The government has told this Court that they have the Documents but have Not yet Returned them to the Defendant.

2.

The Defendant has sent a letter to the F.B.I., requesting the Documents but the F.B.I. ignored the request.

For all the reasons stated above, the Defendant Requests that the government be ordered to release the Grand Jury Records.

Respectfully Submitted

Sam Ashley # 40656061
F.C.I
P.O Box 759
Minersville PA 17954

a copy of this motion has been sent to the US Attorney at 221 E. Fourth ST Room 400, Cincinnati OH 45202 on this 1st day of November 2006