**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**United States of America,**
      **Plaintiff**

**-vs-**                                                          **Case No.   1:02-cr-22**

**Samuel A. Ashley, Jr.,**
      **Defendant**

# JUDGMENT

|   | **Jury Verdict.** | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED that** the motion to vacate sentence is TRANSFERRED to the US Court of Appeals for the Sixth Circuit.  A certificate of appealability will not issue.  The court certifies that an appeal would not be taken in good faith and denies leave to appeal in forma pauperis.


Date:   December 13, 2006                                        James Bonini, Clerk


                                                                 By:  s/Mary C. Brown
                                                                      Mary C. Brown, Deputy Clerk