**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**United States of America,**
  **Plaintiff**

**-vs-**            **Case No. 1:02-cr-22**

**Samuel A. Ashley, Jr.,**
  **Defendant**

# JUDGMENT

    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED that** defendant's motion to compel the government to return all financial documents provided to the grand jury is DENIED. A certificate of appealability will not issue. The court certifies that an appeal would not be taken in good faith and denies leave to appeal in forma pauperis.

Date: December 13, 2006           James Bonini, Clerk

                   By: s/Mary C. Brown
                      Mary C. Brown, Deputy Clerk