United States District Court
Southern District of Ohio
Western Division

United States of America,
    Plaintiff,

Case No. 1:02-CR-00022-SSB
1:04-CV-689

v.

Sam A Ashley,
    Defendant

FILED
JAMES BONINI
CLERK
06 DEC 13 PM 3:57

### Address Change

The Defendant Respectfully submits his address change.

    Sam Ashley
    c/o Tina Swain
    5250 Camelot Dr #E
    Fairfield OH 45014

Thank You

I have also notified the Asst. US. Attorney of same