OFFICE OF THE CLERK
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

US POSTAGE
$00.630
12/15/2006
Mailed From 45202
016H26506354
Hasler

Sam Ashley
5250 Camelot Dr., #E
Fairfield, OH 45014

NIXIE    450    1    25 12/19/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 45202391128    *0615-01290-15-43

45014+4018-77   45202739111